IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE L. THOMAS,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.16-00130-KD-B |
| **JOHN FOUNTAIN,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)(doc. 3) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be **dismissed without prejudice** for failure to comply with the Court's order and failure to prosecute this action.

DONE this 29th of August 2016.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE